UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Anthony Kevin Tindall                                   Docket No. 4:11-CR-69-1F

**Petition for Action on Supervised Release**

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Kevin Tindall, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on January 4, 2012, to the custody of the Bureau of Prisons for a term of 63 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Anthony Kevin Tindall was released from custody on October 20, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 12, 2016, Tindall was charged with No Operator's License (16CR443) in New Hanover County, North Carolina. This matter remains pending with a court date of April 1, 2016. A review of records from the North Carolina Department of Motor Vehicles confirmed Tindall has a valid license; however, did not have it in his possession on the date of offense.

On February 19, 2016, Tindall was charged with Speeding (16CR702138) in Johnston County, North Carolina. This matter remains pending with a court date of April 8, 2016. Tindall was reportedly driving to Raleigh, North Carolina, to visit his son who had fallen ill.

Tindall tested positive for marijuana on February 11, 2016. He signed an admission form acknowledging his use of marijuana on February 6, 2016, which led to the positive result.

Tindall has been verbally admonished for his behavior leading to the traffic citations and his positive drug test. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Erik J. Graf<br>Erik J. Graf<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2031<br>Executed On: March 14, 2016 |

Anthony Kevin Tindall
Docket No. 4:11-CR-69-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ____15____ day of ____March____, 2016 and ordered filed and made a part of the records in the above case.

*James C. Fox*
James C. Fox
Senior U.S. District Judge